No. 96–783. HOLIDAY INNS, INC. *v.* 800 RESERVATION, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–793. BRIDGES *v.* CITY OF BOSSIER. C. A. 5th Cir. Certiorari denied.

No. 96–794. ROE *v.* MASKELL ET AL. Ct. App. Md. Certiorari denied.

No. 96–796. KOREAN AIR LINES CO., LTD. *v.* BICKEL ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–797. HEARD *v.* CALL ET AL. Sup. Ct. Mo. Certiorari denied.

No. 96–807. PLESCHER *v.* WILLE, SHERIFF, PALM BEACH COUNTY SHERIFF'S OFFICE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–819. SOIGNIER *v.* AMERICAN BOARD OF PLASTIC SURGERY. C. A. 7th Cir. Certiorari denied.

No. 96–888. ROCKY MOUNTAIN CONFERENCE OF THE UNITED METHODIST CHURCH *v.* WINKLER. Ct. App. Colo. Certiorari denied.

No. 96–890. FELTON ET AL. *v.* AGOSTINI ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–901. RONWIN *v.* ALTMAN. C. A. 8th Cir. Certiorari denied.

No. 96–5017. HUNTER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–5949. TAYLOR *v.* UNITED STATES;
No. 96–6719. RICHARDS *v.* UNITED STATES; and
No. 96–6730. NELSON ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 92 F. 3d 1313.

No. 96–5996. MOORE *v.* ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.